**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-01394-DTB** Date: **August 6, 2026**

Title: **Juanita Alvarez Martinez v. Nissan North America, Inc., et al.**
===========================================================

**DOCKET ENTRY**
===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice
Deputy Clerk

n/a
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:
None present

ATTORNEYS PRESENT FOR DEFENDANT(S):
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On July 16, 2026, Defendant Nissan North America, Inc. filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion"). (Docket No. 18). As of this date, Plaintiff has failed to oppose the Motion.

Pursuant to Central District of California Local Civil Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute. Plaintiff shall have up to and including **August 13, 2026** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders. See Fed.R.Civ.P. 41(b).**

On the Court's own motion, the Court, sua sponte, continues the Motion to **September 10, 2026**.

**IT IS SO ORDERED.**