**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-01394-DTB** Date: **August 12, 2026**

Title: **Juanita Alvarez Martinez v. Nissan North America, Inc., et al.**

==========================================================

**DOCKET ENTRY**

==========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice — Deputy Clerk

n/a — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: None present

ATTORNEYS PRESENT FOR DEFENDANT(S): None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE POST-MEDIATION JOINT STATUS REPORT**

On April 10, 2025, plaintiff Juanita Alvarez Martinez ("Plaintiff") initiated the action against defendant Nissan North America, Inc. ("Defendant") by filing a Complaint in Riverside County Superior Court. (Docket No. 1-1). On June 4, 2026, Defendant removed the action to this Court. (Docket No. 1).

On August 14, 2025, the parties filed their Joint FRCP26(f) Report. (Docket No. 10). On August 18, 2025, the Court issued its Civil Trial Scheduling Order and Order/Referral to ADR. (Docket Nos. 11-12). The parties were ordered to complete ADR proceedings by August 3, 2026 and file with the Court a joint report no later than seven (7) days after ADR proceedings regarding the progress of settlement discussions. (Docket No. 12)

However, to date, the Court has not received a joint status report. Thus, the parties are in violation of the Court's August 18, 2025 Order/Referral to ADR.

The Court has inherent power to impose sanctions for "willful disobedience of a court order[.]" See Evon v. Law Offices of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012). Before imposing sanctions, the Court will afford the parties an opportunity to explain their failure to file a joint status report as directed by the Court's March 27, 2024 Order.

Accordingly, Plaintiff and Defendant are **ORDERED TO SHOW CAUSE** in writing why sanctions should not be imposed. The parties shall have **up to and including August 19, 2026,** to file responses to this Order to Show Cause.

**Furthermore, Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders. See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**



Initials of Deputy Clerk RAM